IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN MCGLONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DR. ROBERT BELL, in his official ) | |
| capacity as President of Tennessee ) | |
| Technological University; ED BOUCHER, ) | No. 2:10-0029 |
| individually and in his official capacity ) | Judge Trauger |
| as Dean of Student Affairs at Tennessee ) | |
| Technological University; MARK H. ) | |
| OCHSENBEIN, individually and in his ) | |
| official capacity as Director of Student ) | |
| Activities at Tennessee Technological ) | |
| University; MICHAEL LAMBERT, ) | |
| individually and in his official capacity ) | |
| as Police Officer for University Police ) | |
| Department of Tennessee Technological ) | |
| University, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

For the reasons explained in the accompanying Memorandum, Plaintiff John McGlone's Motion For Preliminary Injunction (Docket Entry No. 2) is hereby DENIED. The Motion To Dismiss Defendants In Their Individual Capacities (Docket Entry No. 13) is hereby GRANTED and plaintiff's claims against Ed Boucher, Mark H. Ochsenbein, and Michael Lambert in their individual capacities are hereby DISMISSED WITH PREJUDICE for failure to state a claim and on the ground of qualified immunity.

It is so Ordered.

1

Entered this 16th day of August 2010.

_____
ALETA A. TRAUGER
United States District Judge

2