IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN MCGLONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 2:10-0029 |
| ) | Judge Trauger |
| DR. ROBERT BELL, in his official capacity as ) | |
| President of Tennessee Technological University, ) | |
| ED BOUCHER, individually and in his official ) | |
| capacity as Dean of Student Affairs at Tennessee ) | |
| Technological University, MARK H. ) | |
| OCHSENBEIN, individually and in his official ) | |
| capacity as Director of Student Activities at ) | |
| Tennessee Technological University, and ) | |
| MICHAEL LAMBERT, individually and in his ) | |
| official capacity as Police Officer for University ) | |
| Police Department of Tennessee Technological ) | |
| University, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

It is hereby **ORDERED** that a case management conference shall be held in this case on Monday, August 27, 2012, at 3:45 p.m.

It is so **ORDERED.**

Enter this 25th day of July 2012.

_____
ALETA A. TRAUGER
U.S. District Judge