Motion GRANTED. ICMC reset for 10/29/12 at 1:15 PM.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN MCGLONE,
    *Plaintiff,*

vs.                                      Civil Action No. 2:10-cv-0029
                                          *Judge Trauger*

DR. ROBERT BELL, et al.,
    *Defendants.*

### JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Now come the parties, who jointly move the Court to continue the Case Management Conference, currently scheduled for Monday, August 27, 2012, for 60 days as follows:

1. An agreement to finally resolve this matter and controversy has been reached by and between the parties, and is currently in the process of being approved pursuant to Tenn. Code Ann. § 20-13-103.

2. Tenn. Code Ann. § 20-13-103 requires the Attorney General, Comptroller and Governor to approve the terms of the agreement.

3. As of the date of this joint motion, approval has been obtained from the Attorney General.

4. The parties jointly request that the Case Management Conference be continued for 60 days to allow for the agreement to be approved by the Comptroller and Governor.

1