IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**JOHN MCGLONE,**
 *Plaintiff,*

*vs.*                   Civil Action No. 2:10-cv-0029

**DR. ROBERT BELL, et al.,**
 *Defendants.*

## AGREED FINAL ORDER

Final Resolution of this matter and controversy has been settled by and between the parties, and accepted by the Court, as reflected herein.

IT IS on this the \_\_\_10th\_\_\_ day of \_\_\_October\_\_\_, 2012, ORDERED AND ADJUDGED AS FOLLOWS:

1. This court hereby declares that TTU's Campus Use Policy, as applied by Defendants to Plaintiff in April 2009, prevented Plaintiff from engaging in protected expression on the campus of Tennessee Technological University (TTU).

2. Defendants are permanently enjoined from enforcing the following provisions in TTU's Campus Use Policy and unwritten practice that were in effect at the time this lawsuit was filed:

    a. The provision requiring individual and small group speakers to obtain permission before speaking on campus fourteen business days in advance (§2(4)(b) of Campus Use Policy);

1

b. The provision requiring individual and small group speakers to disclose personal information, including the content of their message, before speaking on campus (§2(4)(b) of Campus Use Policy);

c. The provision allowing TTU officials unbounded discretion to waive or enforce the advance notice requirement against individual and small group speakers (§2(4)(b) of Campus Use Policy).

d. The unwritten provision and/or practice giving TTU officials unbounded discretion to choose where and how long individual and small group speakers may speak on campus.

3. Defendants shall pay Plaintiff the amount of $1.00 as nominal damages. Defendants shall also pay fees and litigation costs to Plaintiff's attorneys in the amount of $92,766.77 within 30 days of the date this Order is signed.

4. Nothing herein shall restrict TTU from enforcing the provisions of the current TTU Policy on Access To and Use of Campus Property and Facilities. And, nothing herein shall prevent John McGlone from challenging the provisions of the current TTU Policy on Access To and Use of Campus Property and Facilities.

SO ORDERED this ___10th___ day of ___October___, 2012.

By the Court:

**ALETA A. TRAUGER**
United States District Judge

**Approved for Entry:**

*s/ Nathan W. Kellum*
**Nathan W. Kellum**
**Alliance Defending Freedom**

*s/William J. Marett, Jr.*
William J. Marett, Jr. (BPR No. 7020)
*Senior Counsel*

699 Oakleaf Office Lane  Civil Litigation and State Services
Memphis, TN  38117  Division
  Cordell Hull Building, Second Floor
    P. O. Box 20207
    Nashville, TN  37202-0207
    (615) 741-7087